# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 4, 2022

## NO. 03-22-00189-CV

**S. W., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
MODIFIED AND, AS MODIFIED, AFFIRMED ON MOTION FOR REHEARING
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on April 7, 2022. The Court's opinion and judgment dated August 31, 2022, are withdrawn. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order but that there was error requiring correction. Therefore, we modify the trial court's order and affirm the judgment as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.